UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                                                        CASE NO.: 22-11143
CHAPTER 13

Ethan A. Warren,
   Debtor.

_____/

**REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 7004**

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                Authorized Agent for Secured Creditor
                                                130 Clinton Rd #202
                                                Fairfield, NJ 7004
                                                Telephone: 470-321-7112

                                                By: /s/Harold Kaplan
                                                     Harold Kaplan
                                                     Email: hkaplan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ETHAN A. WARREN
6 SPRING HILL DRIVE
LAUREL SPRINGS, NJ 08021

And via electronic mail to:

BRENNER SPILLER & ARCHER
125 ROUTE 73 NORTH
WEST BERLIN, NJ 08091

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE CHERRY TREE CORPORATE CENTER 535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr