Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−11143−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ethan A. Warren
   aka Ethan Andrew Warren
   6 Spring Hill Drive
   Laurel Springs, NJ 08021

Social Security No.:
   xxx−xx−5994

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/8/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 8, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ethan A. Warren  
    Debtor

Case No. 22-11143-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 08, 2022      Form ID: 148      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ethan A. Warren, 6 Spring Hill Drive, Laurel Springs, NJ 08021-2829 |
| aty | + | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| aty | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519506922 | + | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 519506926 | + | Rancocas Anesthesiology, PO Box 4603, Lancaster, PA 17604-4603 |
| 519520495 | + | Rancocas Anesthesiology PA, c/o Sklar Law, LLC, 20 Brace Road, Suite 205, Cherry Hill NJ 08034-2634 |
| 519506928 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519506929 | + | US Bank Custodian for PFS Financial, Attn: Hovatter Friedman Saputelli & Lev, 3221 Route 38 West, Suite 300, Mount Laurel, NJ 08054-9765 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 08 2022 20:49:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519520717 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 08 2022 20:48:00 | AMERICAN MEDICAL RESPONSE MIDATLANTIC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519510781 | + | EDI: AISACG.COM | Jun 09 2022 00:43:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519506918 | ^ | MEBN | Jun 08 2022 20:43:59 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 519506919 | + | EDI: CAPITALONE.COM | Jun 09 2022 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519506920 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2022 20:49:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519516967 | ^ | MEBN | Jun 08 2022 20:43:46 | EMERG PHYS ASSOC OF S. JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519506921 | | EDI: IRS.COM | Jun 09 2022 00:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 22-11143-JNP    Doc 25    Filed 06/10/22    Entered 06/11/22 00:15:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 148 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 519552334 | | EDI: JEFFERSONCAP.COM | Jun 09 2022 00:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519512205 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 20:49:26 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519506923 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519512322 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519506924 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519506925 | | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519541653 | | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519510680 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 20:49:26 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519506927 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 08 2022 20:49:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519506930 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 08 2022 20:48:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 519514705 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 08 2022 20:49:00 | Wilmington Trust, National Association at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 10, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Ethan A. Warren aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 148 | Total Noticed: 30 |

Denise E. Carlon
    on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5