UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

Ethan Warren  
6 Spring Hill DR  
Clementon, NJ 08021

CHAPTER: 13  
CASE NUMBER: 22-11143  
CLAIM AMOUNT: $247.50

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM    #10

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 4/8/2022, in the amount of $247.50.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 24th day of August, 2022.

Jefferson Capital Systems LLC

By: /s/ Karen Borgmann_____  
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC  
16 McLeland Rd  
St. Cloud, MN 56303  
(800) 928-7314

### **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Ethan Warren<br>6 Spring Hill DR<br>Clementon, NJ 08021 |
| Debtor's Attorney: | Andrew Thomas Archer<br>125 N Route 73<br>West Berlin, NJ 08091 |
| Chapter 13 Trustee: | Isabel C. Balboa<br>535 Route 38, Ste 580<br>Cherry Hill, NJ 08002 |

by submitting electronically with the court.

   This 24th day of August, 2022.

                                                    Jefferson Capital Systems LLC

                                                  By: /s/ Karen Borgmann
                                                  Karen Borgmann   Bankruptcy Specialist

                                                  Jefferson Capital Systems, LLC
                                                  16 McLeland Rd
                                                  St. Cloud, MN 56303
                                                  (800) 928-7314