UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
125 Rt. 73 N.
West Berlin, NJ 08091
P: 856-963-5000
F: 856-858-4371
Attorney for Debtor(s)

Order Filed on September 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ethan A. Warren

| | |
|---|---|
| Case Number: | 22-11143 |
| Hearing Date: | 9/13/22 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    Followed    Modified

# ORDER ON MOTION TO EXPUNGE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 21, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Date:_____

Debtor:           Ethan A. Warren
Case No:         22-11143
<u>Caption of Order:    Order Granting Motion to Expunge Proof of Claim</u>

Upon consideration of Debtor's, Ethan A .Warren, by and through Counsel, Motion to Expunge Proof of Claim and for good cause shown, it is hereby

**ORDERED** as follows:

1. The Motion to Expunge Proof of Claim is hereby:

   **GRANTED.**

2. The proof of claim of Pinnacle Credit Services, LLC, claim #1 is hereby expunged.

3. The proof of claim of Jefferson Capital Systems, LLC, claim #10 is hereby expunged.