UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
125 Rt. 73 N.
West Berlin, NJ 08091
P: 856-963-5000
F: 856-858-4371
Attorney for Debtor(s)

Order Filed on September 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ethan A. Warren

| | |
|---|---|
| Case Number: | 22-11143 |
| Hearing Date: | 9/13/22 |
| Judge: | JNP |
| Chapter: | 13 |

| Recommended Local Form: | Followed | Modified |
|---|---|---|

## ORDER ON MOTION TO EXPUNGE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 21, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Date:_____

Debtor:         Ethan A. Warren
Case No:        22-11143
Caption of Order:   Order Granting Motion to Expunge Proof of Claim

Upon consideration of Debtor's, Ethan A .Warren, by and through Counsel, Motion to Expunge Proof of Claim and for good cause shown, it is hereby

**ORDERED** as follows:

1. The Motion to Expunge Proof of Claim is hereby:

   **GRANTED.**

2. The proof of claim of Pinnacle Credit Services, LLC, claim #1 is hereby expunged.

3. The proof of claim of Jefferson Capital Systems, LLC, claim #10 is hereby expunged.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 22-11143-JNP

Ethan A. Warren                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ethan A. Warren, 6 Spring Hill Drive, Laurel Springs, NJ 08021-2829 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Ethan A. Warren aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Acquisition Trust c/o U.S. Bank Trust National Association smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6