UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE: Ethan A. Warren,
    Debtor.
_____/

CASE NO.: 22-11143-JNP
CHAPTER 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association</u>
Name of Transferee

<u>Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2</u>
Name of Transferor

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept.
3501 Olympus Blvd., Suite 500
Dallas, TX 75019

Court Claim # (if known): 5-1
Amount of Claim: $463,160.67
Date Claim Filed: 2/23/2022

Phone:
Last Four Digits of Acct #: <u>1682</u>

Phone: <u>1-800-258-8602</u>
Last Four Digits of Acct #: <u>5661</u>

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept.
3501 Olympus Blvd., Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: <u>1682</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Shellie Labell

Date:  November 9, 2022

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Ethan A. Warren
6 Spring Hill Drive
Laurel Springs, NJ 08021

**And via electronic mail to:**

Andrew Thomas Archer
Brenner Spiller & Archer
125 Route 73 North
West Berlin, NJ 08091

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept. of Justice
Office of the US Trustee
One Newark Center, Ste. 2100
Newark, NJ 07102

By: /s/ Jamel Daykah