Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-11143 (JNP)

Ethan A. Warren  
6 Spring Hill Drive  
Laurel Springs, NJ  08021

Monthly Payment: $400.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/03/2022 | $400.00 | 06/07/2022 | $400.00 | 07/06/2022 | $1,200.00 | 08/02/2022 | $400.00 |
| 08/23/2022 | $400.00 | 10/04/2022 | $400.00 | 11/15/2022 | $400.00 | 12/05/2022 | $400.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ETHAN A. WARREN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,100.00 | $3,296.00 | $804.00 | $0.00 |
| 1 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND FUNDING, LLC | 33 | $1,328.70 | $0.00 | $1,328.70 | $0.00 |
| 4 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND FUNDING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $963.67 | $0.00 | $963.67 | $0.00 |
| 9 | RANCOCAS ANESTHESIOLOGY, P.A. | 33 | $1,485.00 | $0.00 | $1,485.00 | $0.00 |
| 10 | U.S. BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | US BANK CUSTODIAN FOR PFS FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | AMERICAN MEDICAL RESPONSE MIDLANTIC | 33 | $1,347.78 | $0.00 | $1,347.78 | $0.00 |
| 15 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PINNACLE CREDIT SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LVNV FUNDING, LLC | 33 | $660.74 | $0.00 | $660.74 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $11,159.21 | $0.00 | $11,159.21 | $0.00 |
| 19 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $6,374.60 | $0.00 | $6,374.60 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2022 | 36.00 | $400.00 |
| 03/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,000.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $365.60 |
| Arrearages: | $0.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**