Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–11143–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ethan A. Warren
  aka Ethan Andrew Warren
  6 Spring Hill Drive
  Laurel Springs, NJ 08021

Social Security No.:
  xxx–xx–5994

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I __Linda Martin__ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

6 Spring Hill Drive Laurel Springs, NJ 08021

Dated: December 21, 2023
JAN: lgr

                    Jeanne Naughton
                    Clerk